THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Gay Denise Hagan Appellant.
 
 
 

Appeal From Abbeville County
James W. Johnson, Circuit Court Judge

Unpublished Opinion No. 2007-UP-154
Submitted April 2, 2007  Filed April 4, 2007

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Attorney General, State Grand Jury Jason Peavy, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Gay Denise Hagan appeals her convictions for conspiracy to traffic methamphetamine and trafficking more than 400 grams of methamphetamine.  Hagan argues the trial court erred by failing to suppress her statements that she alleges were made as a result of police coercion.   After a thorough review of the record, counsels brief, and Hagans pro se brief, pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Hagans appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.